1

2

3

4

5

6

7

8

9                      IN THE UNITED STATES DISTRICT COURT

10                    FOR THE EASTERN DISTRICT OF CALIFORNIA

11   ERIC DEAN SNELL,

12            Petitioner,              No. CIV S-05-1990 FCD GGH P

13        vs.

14   BOARD OF PRISON TERMS,

15            Respondent.              <u>ORDER</u>

16   _____/

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

19   pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).

20   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

21   a request to proceed in forma pauperis or submit the appropriate filing fee.

22            In accordance with the above, IT IS HEREBY ORDERED that:

23            1.  Petitioner shall submit, within thirty days from the date of this order, an

24   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

25   petitioner's failure to comply with this order will result in the dismissal of this action; and

26   /////

1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2   pauperis form used by this district.

3   DATED: 10/6/05

4

5                                                    /s/ Gregory G. Hollows

6                                                    GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

7   GGH:bb
    snel1990.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26