1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC DEAN SNELL,

11            Petitioner,                    No. CIV S-05-1990 FCD GGH P

12        vs.

13   BOARD OF PRISON TERMS,

14            Respondents.               <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On January 18, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on petitioner and which contained notice to petitioner that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has not filed objections to the findings and recommendations.

23            Although it appears from the file that petitioner's copy of the findings and

24   recommendations were returned, petitioner was properly served.  It is the petitioner's

25   responsibility to keep the court apprised of his current address at all times.  Pursuant to Local

26   Rule 83-182(f), service of documents at the record address of the party is fully effective.

1    The court has reviewed the file and finds the findings and recommendations to be

2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3 ORDERED that:

4    1.  The findings and recommendations filed January 18, 2006, are adopted in full;

5 and

6    2.  This action is dismissed for petitioner's failure to keep the court apprised of his

7 current address.  See Local Rules 83-182(f) and 11-110 (E.D. Cal. 1997).

8 DATED:March 21, 2006

9

10                           /s/ Frank C. Damrell Jr.
                             FRANK C. DAMRELL JR.
11                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26